IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-02229-WYD-KLM

POWELL'S SWEET SHOPPE USA, LLC,

    Plaintiff,

v.

ROBERT EASTMAN and
KATE EASTMAN,

    Defendants.

---

### ORDER OF ADMINISTRATIVE CLOSURE

---

    THIS MATTER comes before the Court upon review of the file.   On September 29, 2011, Defendants Robert and Kate Eastman ("the Eastmans") filed a Suggestion of Bankruptcy (ECF No. 11) in this matter.   The filing indicated that on September 16, 2011, the Eastmans filed a Petition in Bankruptcy under Chapter 7 of the United States Bankruptcy Code (United States Bankruptcy Court for the District of Colorado, Case No. 11-32019-MER).

    On September 30, 2011, I issued an Order to any interested party to show cause on or before October 31, 2011 as to why this matter should not be stayed pursuant to the United States Code, 11 U.S.C. § 101 *et. seq.*, and in accordance with 11 U.S.C. § 362, the automatic stay provision.   No responses were filed.

    Therefore, I find that this matter is subject to the automatic stay pursuant to 11 U.S.C. § 362.   Since the Eastman's Chapter 7 bankruptcy petition is currently

pending and the outcome of the bankruptcy case is uncertain, I find that this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.   Accordingly, it is

ORDERED that the Clerk of the Court shall administratively close this action pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.

Dated:   November 1, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge